UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

NBA Properties, Inc., et al.

Plaintiff,

v.  Case No.: 1:16–cv–11117
Honorable Sharon Johnson Coleman

Partnerships and Unincorporated Associations Identified on Schedule "A", The, et al.

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 24, 2017:

MINUTE entry before the Honorable Sharon Johnson Coleman: Motion hearing held on 1/24/2017. Plaintiff's motion for entry of default and default judgment as to the Defendants identified in Schedule A, with the exception of certain Defendants [52] is granted. Judgment is entered in favor of plaintiff and against certain defendants as set forth in the final judgment order. Enter Final Judgment Order. Status hearing set to 1/27/2017 is stricken and reset to 2/24/2017 at 9:00 a.m. bailey – 730, best999, chace_expo2010, chentl217 – 3, flus171, jpzh11, leixianwei2016_0, piefection27, qingweihewu_, united_innovation, yifei_myson, zhangjie201680, aili ng 9 and allinprior518 terminated.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.