**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| NBA Properties, Inc, et al, | Case Number: 16-cv-11117 |

Plaintiffs,

v.

Partnerships and Unincorporated Associations Identified on Schedule "A",

Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants aili ng 9, allinprior518, bailey - 730, best999, chace_expo2010, chentl217 - 3, qingweihewu_, zhangjie201680

William P. Foley

SIGNATURE

/s/ William P. Foley

Roth Law Group, LLC

150 N. Michigan Ave., Ste. 800

Chicago, IL 60601

| ID NUMBER | TELEPHONE NUMBER |
|---|---|
| 6294672 | 312-419-9599 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   N

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   Y

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   Y

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   N

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                APPOINTED COUNSEL